UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JERMAINE THOMAS,<br>　　　　Defendant. | Case No. 18-cr-00445-PJH-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 43 |

　　　　The defendant in the above-captioned case filed a pro se motion for compassionate release on August 22, 2025. See Dkt. 43. Pursuant to this court's Miscellaneous Order 2019.01.25, defendant's motion was referred to the Federal Public Defender ("FPD"), who had 21 days to decide whether to assume representation of defendant. Those 21 days having expired with no notice of representation filed by the FPD, the court will proceed with defendant's pro se filing.

　　　　There is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c). United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with a motion brought under 18 U.S.C. § 3582(c). "A person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance ... through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. 3006A(c). A motion brought under 18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be appointed. See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995). Because defendant is not entitled to appointed counsel for purposes of filing a

motion brought under 18 U.S.C. § 3582(c), the court will allow defendant's pro se motion to go forward.

The court sets briefing deadlines on defendant's motion for reduction of sentence as follows: the government shall file an opposition, stipulation, or status report by **November 10, 2025**. The Probation Office shall submit a response to defendant's motion by **November 10, 2025**. If the motion is opposed, defendant may file a reply brief seven days after the opposition is filed. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated:  October 20, 2025

　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge